UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RAMON RODRIGUEZ,<br>        Defendant. | 23 Cr. 00203 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

On **August 15, 2023** at **10:00 a.m**., the Court will hold a substitution-of-counsel proceeding in Courtroom 12B, 500 Pearl Street, New York, NY 10007. Counsel of record for the Defendant, the Defendant, CJA attorney David Stern, and counsel for the Government shall attend.

  SO ORDERED.

Dated: August 11, 2023
   New York, New York

                        _____
                        JENNIFER H. REARDEN
                        United States District Judge