UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v.-<br><br>RAMON RODRIGUEZ,<br>                        Defendant. | 23 Cr. 00203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

At the August 15, 2023 proceeding, the Court directed then-incoming attorney David Stern, by August 18, 2023, to "(1) contact the Second Circuit's CJA Case Budgeting Attorney, Alan Nelson, to address any budget-related issues arising from the substitution of Mr. Stern for Mr. Morvillo and from Ms. Ferrone's ongoing participation in this matter; and (2) file a letter updating the Court on his communication(s) with Mr. Nelson." *See* Aug. 15, 2023 Minute Entry.

To date, Mr. Stern has not done so. By no later than **Monday, September 11, 2023**, Mr. Stern shall file the required letter as set forth above.

SO ORDERED.

Dated: September 6, 2023
         New York, New York

                                                       _____
                                                       JENNIFER H. REARDEN
                                                       United States District Judge