# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | | |
|---|---|---|
| FRANKLIN A. ROTHMAN<br>JEREMY SCHNEIDER<br>ROBERT A. SOLOWAY<br>DAVID STERN<br>_____<br>RACHEL PERILLO | *Application GRANTED.*<br><br>*The Clerk of Court is directed to terminate ECF No. 40.*<br><br>*SO ORDERED.*<br><br>*Jennifer H. Rearden, U.S.D.J.*<br>*Date: October 3, 2023* | Tel: (212) 571-5500<br>Fax: (212) 571-5507<br><br><br><br>October 2, 2023 |

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Wander Rivera et al.
          ***including Ramon Rodriguez***
      23 Cr. 203 (JHR)

Dear Judge Rearden:

    I represent Ramon Rodriguez in the above-referenced matter. I am currently away on a capital matter in California. Therefore, I will not be present at the next court conference, scheduled for Thursday, October 5th, 2023. I am respectfully requesting that associate counsel, Diane Ferrone, represent our client at Thursday's conference.

    If you have any questions, please contact my office at your convenience.

    Thank you for your attention to this matter.

                                  Respectfully submitted,
                                  /s/
                                  David Stern