UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RAMON RODRIGUEZ,<br>      Defendant. | 23 Cr. 00203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court will hold a *Curcio* hearing in this matter on **October 26, 2023** at **2:00 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  The Government, Defendant Ramon Rodriguez, attorney David Stern, and independent CJA counsel Benjamin Zeman shall appear.

  SO ORDERED.

Dated: October 25, 2023
    New York, New York

                         */s/ Jennifer H. Rearden*
                         JENNIFER H. REARDEN
                         United States District Judge