UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RAMON RODRIGUEZ,<br>                                  Defendant. | 23 Cr. 203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On November 14, 2024, the Court ordered, *inter alia*, duty CJA attorney David Anders to appear on November 19, 2024 for a substitution-of-counsel proceeding. ECF No. 69. Thereafter, a conflict involving Mr. Anders came to light. Accordingly, in lieu of Mr. Anders, the Court hereby directs CJA attorney Raymond Elvis Gazer to appear at the November 19 proceeding as prospective substitute counsel.

SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                                                  _____
                                                                                  JENNIFER H. REARDEN
                                                                                  United States District Judge