# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

_____

***Via Electronic Court Filing***
Honorable Jennifer H. Rearden
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.  Mr. Henle is hereby appointed associate counsel for Mr. Rodriguez.

The Clerk of Court is directed to terminate ECF No. 152.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 5, 2026

January 2nd, 2026

Re:  United States of America versus Ramon Rodriguez,

23-Cr.-00203 (JHR)

Your Honor,

The undersigned represents Ramon Rodriguez, pursuant to the Criminal Justice Act, in the above-captioned matter.  In anticipation of trial and the preparation leading thereto, I write to respectfully request that Your Honor authorize an associate counsel to work on this matter.  The associate attorney whom I propose is Jeff Henle, Esq.  Mr. Henle is admitted to the New York and Southern District bars and has over twenty-two years of experience focusing primarily in the area of criminal defense.  Most recently, in 2025, he successfully completed the Southern District's Criminal Justice Act Mentorship Program under the tutelage of panel members Michael Hueston and Elizabeth Macedonio.  His resume is attached for the Court's reference.  I have worked alongside him and observed his lawyering many times in the past and believe him to be an excellent attorney.  I respectfully request a rate of $140 per hour, the presumptive rate for an attorney with Mr. Henle's experience.

Mr. Rodriguez is charged with Racketeering Conspiracy.  The indictment alleges that the pattern of racketeering activity includes, *inter alia*, multiple acts of murder, multiple acts of robbery and multiple offenses involving the distribution of controlled substances.  Mr. Henle would assist not only at trial, but also in reviewing discovery and the 18 U.S.C. § 3500 material, which is anticipated to be voluminous, meeting with Mr. Rodriguez, researching legal issues, drafting legal memoranda and trial documents, and preparing for Mr. Rodriguez's defense at trial.  Mr. Rodriguez consents to the addition of Mr. Henle as associate counsel.

Should the Court have any questions or require further information, I would be happy to provide any necessary information.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

Enc.

CC:       The Government
          *Under Seal Via ECF*

          Jeff Henle, Esq.
          *Via E-Mail*