UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RAMON RODRIGUEZ,<br><br>          Defendant. | 23 Cr. 203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Counsel for the parties shall appear for a conference on **January 8, 2026** at **2:30 p.m.** in

Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, NY 10007.

SO ORDERED.

Dated: January 7, 2026
      New York, New York

 

_____
JENNIFER H. REARDEN
United States District Judge