UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RAMON RODRIGUEZ,<br><br>　　　　　　　　Defendant. | 23 Cr. 203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On December 19, 2025, this Court granted the Government's motion pursuant to 18 U.S.C. § 5032 to transfer Defendant to adult status and proceed against him by criminal indictment.  Because Defendant will now be subject to adult criminal prosecution, this case should be unsealed.  The Court recognizes, however, that certain portions of the record may need to remain sealed.

As discussed at the conference on January 8, 2026, by **January 15, 2026**, the parties shall file a joint letter setting forth any portions of the record that they contend should remain sealed. The parties shall identify such documents by date and, if only a portion of a document should be sealed, their proposed redactions.  The parties shall also review (1) the Court's October 9, 2025 Sealed Opinion and Order deeming Defendant competent to stand trial, and (2) the Court's December 19, 2025 Sealed Opinion and Order transferring Defendant to adult status and either inform the Court that no redactions are necessary or file with their letter a version of each opinion reflecting jointly proposed redactions.

SO ORDERED.

Dated: January 9, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge