**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**UNITED STATES OF AMERICA,**

        **-Against-**

**RAMON RODRIGUEZ,**

        **Defendant.**
----------------------------------------------------------X

        **23-Cr.-00203(JSR)**
        **ORDER**

      Upon the application of the defendant's attorney, Raymond Elvis Gazer, Esq., the Court

hereby orders the Bureau of Prisons and the Metropolitan Detention Center—Brooklyn to accept

clothing for the defendant, Ramon Rodriguez, to use during the pendency of the trial of the

above-captioned matter, scheduled to start of February 9th, 2026.   The Court now orders the

Bureau of Prisons and the Metropolitan Detention Center—Brooklyn to accept up to four sets of

clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit

jackets, and ties, and to permit such clothing to be made available to the defendant prior to each

court date in this matter.

Dated:       New York, New York

          January/~~February~~ 30 2026

                                  Honorable Jed S. Rakoff
                                  United States District Judge