UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAMON RODRIGUEZ,

Defendant.

23 Cr. 203 (JSR)

ORDER

JED S. RAKOFF, District Judge:

On December 19, 2025, the Court granted the Government's motion pursuant to 18 U.S.C. § 5032 to transfer Defendant Rodriguez to adult status and proceed against him by criminal indictment. Because Defendant was then prosecuted as an adult, without the safeguards from disclosure of records that previously were available under the Juvenile Delinquency Act, 18 U.S.C. § 5038(a), certain portions of the record should now be unsealed.

By September 11, 2026, the parties shall review the Court's October 9, 2025 Sealed Opinion & Order deeming Defendant competent to stand trial and the Court's December 19, 2025 Sealed Opinion & Order transferring Defendant to adult status and file (1) a joint letter informing the Court whether any redactions are necessary, and (2) a version of each opinion reflecting any jointly proposed redactions.

SO ORDERED.

Dated: New York, NY
August 11, 2026

JED S. RAKOFF
United States District Judge