UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RAMON RODRIGUEZ,

Defendant.

23-cr-203-3 (JSR)

MEMORANDUM ORDER

JED S. RAKOFF, U.S.D.J.:

This Court approves of the parties' proposed redactions to the Court's October 9 and December 19, 2025 Sealed Opinion & Orders, which the parties sent to chambers pursuant to the Court's August 11, 2026 Order. See ECF No. 200. The Clerk of Court is ordered to file the attached redacted orders on the public docket.

SO ORDERED.

Dated: New York, NY
October 2, 2026

JED S. RAKOFF, U.S.D.J.